ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN 19 2007
CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LILLIAN PHILLIPS ) | |
| ) | |
| V. ) | 3-03-CV-2736-B |
| ) | |
| TXU CORP., TXU ENERGY ) | |
| COMPANY LLC AND TXU ENERGY ) | |
| RETAIL COMPANY LP ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge William F. Sanderson, Jr., made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

IT IS ORDERED that Plaintiff's Second Motion to Review Taxation of Costs is GRANTED in part to the extent that Defendant's costs be reduced to the sum of $7,526.93, but in all other respects her motion is denied.

SO ORDERED this 19th day of Jan., 2007.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE